UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHERYL KENNEDY,

    Plaintiff,

v

    Case No. 2:11-CV-10756-PJD-RSW
    Hon. Patrick J. Duggan

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

| THE WISELY LAW FIRM | COLLINS, EINHORN, FARRELL & ULANOFF |
|---|---|
| Rachel Wisely (P63227) | DEBORAH A. LUJAN (P46990) |
| Attorney for Plaintiff | Attorney for Defendant |
| 321 S. Williams St. | 4000 Town Center, Ste. 909 |
| Royal Oak, MI 48067 | Southfield, MI 48075 |
| (248) 543-9000 | (248) 355-4141 |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties that this matter is dismissed with prejudice and without costs as to any party.

/s/ Rachel Wisely
RACHEL WISELY (P63227)
Attorney for Plaintiff
321 S. Williams St.
Royal Oak, MI 48067
(248) 543-9000

/s/ Deborah A. Lujan
DEBORAH A. LUJAN (P46990)
Attorney for Defendants
4000 Town Center, Ste. 909
Southfield, MI 48075
(248) 355-4141

**ORDER OF DISMISSAL**

At a session of said Court held on:
September 9, 2011.

PRESENT: HON.PATRICK J. DUGGAN

Upon reading and filing of the above Stipulation,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs as to any party.

This Order dismisses the last pending claim and closes this case.

      s/Patrick J. Duggan
      Patrick J. Duggan
      United States District Judge

Dated: September 9, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, September 09, 2011, by electronic and or ordinary mail.

      s/Marilyn Orem
      Case Manager

LAW OFFICES COLLINS, EINHORN, FARRELL & ULANOFF, P.C. 4000 TOWN CENTER STE 909, SOUTHFIELD, MI 48075 (248) 355-4141